**JUDGE SCHEINDLIN**   LEGAL FILE   CV 3472

Scott D. Baker
Emily B. Kirsch (EBK 4216)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dreyer's Grand Ice Cream, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Integrated Brands, Inc. and Eskimo Pie Corporation, <br><br> Defendants. | Case No. <br><br> Rule 7.1 Statement <br><br> MAY 0 1 2007 <br> U.S.... S.D.N.Y. <br> CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dreyer's Grand Ice Cream, Inc. (a private non-governmental party) certifies that the following are corporate parents and any publicly held corporation that owns 10% or more of said party's stock:

Nestle S.A.

Date: May 1, 2007

_____
Signature of Attorney

Emily B. Kirsch
(EBK 4216)