Emily B. Kirsch (EB4216)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Dreyer's Grand Ice Cream, Inc.,

    Plaintiff,

v.

Integrated Brands, Inc. and Eskimo Pie Corporation,

    Defendants.

---

Case No. 07 Civ. 3472

**Notice of Voluntary Dismissal**

    Pursuant to Fed.R.Civ.P. 41(a), Plaintiff, Dreyer's Grand Ice Cream, Inc., by its attorneys, Reed Smith, LLP, hereby voluntarily dismisses this action without prejudice.

DATED:   May 7, 2007

    *[signature]*
    Emily B. Kirsch (EB4216)
    REED SMITH LLP
    599 Lexington Avenue
    New York, NY 10022-7650
    Telephone:  212.521.5400
    Facsimile:   212.521.5450
    ekirsch@reedsmith.com
    *Counsel for Plaintiff*

So Ordered:

*[signature]*
Judge Shira A. Scheindlin
5/9/07

NYLIB-430182.1-EBKIRSCH 5/7/07 2:48 PM